**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re:<br>William Shelby, IV<br>Debtor | Chapter 7<br><br>No. 18-08285<br>Judge: Janet S. Baer |

## AMENDED NOTICE OF MOTION

To Trustee:
Gina B. Krol
**By Electronic Notice through ECF**

To Debtor's Attorney:
Debtor filed Pro Se

To Debtor:
William Shelby, IV
**By U.S. Mail**

  On Friday, June 1st, 2018 at 11:00 AM, I shall appear before the Honorable Janet S. Baer or any Judge sitting in her stead or as soon thereafter as counsel may be heard in Kane County Courthouse, 100 S. Third Street, Room 240, Geneva, IL 60134 and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

| | |
|---|---|
| Name: | RANDALL MILLER & ASSOCIATES, LLC |
| | Attorneys for Plaintiff |
| Address: | 120 N. LaSalle Street, Ste. 1140 |
| | Chicago, IL 60602 |
| Attorney: | ARDC#6014883 |

Dated: May 4th, 2018

                Respectfully Submitted,
                Randall S. Miller & Associates, LLC
                */s/ Samantha San Jose*
                Samantha San Jose
                Attorney for Creditor
                120 N. LaSalle St., Suite 1140
                Chicago, IL  60602
                (312) 239-3432
                ssanjose@rsmalaw.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: | Case No: 18-08285 |
| William Shelby, IV | Chapter: 7 |
| Debtor | Hon. Janet S. Baer |

## **CERTIFICATE OF SERVICE**

      The undersigned, hereby certifies that I have served a copy of this Amended Notice of Motion upon the parties listed below, as to the Trustee via electronic notice on May 4th, 2018 and as to Debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 43252 Woodward Avenue, Bloomfield Hills, MI 48302 before the hour of 5:00 PM on May 4th, 2018.

| To Trustee: | To Debtor: |
|---|---|
| Gina B. Krol | William Shelby, IV |
| 105 West Madison Street, Suite 1100 | 2048 Prentiss Drive |
| Chicago, IL 60602 | Downers Grove, IL 60516 |
| **By Electronic Notice through ECF** | **By U.S. Mail** |

To U.S. Trustee:
Patrick S. Layng
219 S. Dearborn Street, Room 873
Chicago, IL 60604
**By Electronic Notice through ECF**

                                                                                              */s/ Matthew Grubba*_____
                                                                                              Matthew Grubba

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.